**FILED**
NOV 01 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-97-5119-AWI |
| ) | |
| vs. ) | ORDER RE RESTITUTION |
| ) | |
| MICHAEL KOVAC ) | |
| Defendant. ) | |
| ) | |

It has been brought to the Court's attention that the correct amount of restitution in the above-entitled case is $2,922,705.20 and the court so orders.

DATED: __11-1-13__

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1