

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER RE RESTITUTION |
| Plaintiff, | ) | |
| | ) | CR-97-5119-AWI |
| v. | ) | |
| | ) | |
| MICHAEL KOVAC | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It has come to the Court's attention that one of the victims In this case is now deceased. Therefore

IT IS HEREBY ORDERED that the victim Robert Lawless shall be changed for the purposes of restitution to the Robert James Lawless Revocable Trust. The financial department for the U.S. District Court for the Eastern District of California is directed to reflect Such change in there records for the above entitled case.

Date 2-21-14

ANTHONY W. ISHII
U.S. DISTRICT JUDGE

1