McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. KOVAC,<br><br>Defendant. | CASE NO. 1-97-CR-05119 AWI<br><br>ORDER TO ASSIGN AND DISBURSE RESTITUTION |

This matter is before the Court on the government's motion requesting that the Clerk of the Court assign restitution for victim Mr. Carl Swain, and be directed to pay the restitution currently in the Clerk's registry, to his surviving spouse, Mrs. Rosemarie Swain.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to pay any restitution currently available and any future proceeds due to Mr. Carl Swain to Mrs. Rosemarie Swain.

IT IS SO ORDERED.

Dated:   February 19, 2021                             _____
                                                       SENIOR DISTRICT JUDGE

Order to Reassign Restitution                                    1